PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

Attorneys for Plaintiff
GUY JONES

SHANE SINGH, Esq. (SBN 202733)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
P.O. Box 13530
Sacramento, California 95853
Telephone:   916/564-5400
Facsimile:    916/564-5444

Attorney for Defendants
BRADSHAW BAR GROUP, INC.,
BRUCE D. FITE, and CHARLES FITE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>     Plaintiff,<br><br>v.<br><br>BRADSHAW BAR GROUP, INC. dba THE RINK; BRUCE D. FITE; CHARLES FITE; and DOES 1-10, Inclusive,<br><br>     Defendants. | CASE NO.  2:14-cv-01841-JAM-AC<br><br>**STIPULATION AND ORDER TO REFER CASE TO MAGISTRATE JUDGE FOR AN EARLY SETTLEMENT CONFERENCE AND TO EXTEND TIME UNDER FED.R.CIV.P. RULE 12(F)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

### STIPULATION

WHEREAS, the parties to this stipulation want to make best efforts to settle this case without unnecessary litigation;

WHEREAS, the parties are in the process of scheduling a Federal Rule of Civil

1 Procedure ("Fed.R.Civ.P.") 34 site inspection, which will be scheduled no later than
2 November 19, 2014, and the parties are in the process of exchanging additional
3 information that may facilitate settlement in this case;

4     WHEREAS, plaintiff Guy Jones' deadline for filing a motion under
5 Fed.R.Civ.P. 12(f) to strike defenses from the Answers of defendants Bradshaw Bar
6 Group, INC., Bruce D. Fite, and Charles Fite is October 8, 2014 (Docket No. 7);

7     WHEREAS, the parties have tried unsuccessfully to resolve their disputes over
8 the Answer informally.  However, they wish to avoid the necessity of Plaintiff filing a
9 Fed.R.Civ.P. 12(f) motion until/unless continued settlement efforts do not succeed;
10 THEREFORE:

11     IT IS HEREBY STIPULATED by and among all parties: (1) that this case be
12 referred to a Magistrate Judge for an early settlement conference to take place after
13 January 16, 2015; and (2) that the deadline for plaintiff to file any motion under
14 Fed.R.Civ.P. 12(f) be extended to 30 days past the date the parties participate in a
15 settlement conference with an assigned Magistrate Judge.  It is also stipulated that a)
16 the parties shall meet and confer within 7 days after the settlement conference; b) that
17 defendants shall thereafter be allowed an opportunity to voluntarily amend their
18 respective Answers prior to Plaintiff filing any Fed.R.Civ.P. 12(f) motion; c) that any
19 amended Answer shall be filed no later than 7 days after the parties meet and confer.

20
21 Date:  October 8, 2014        LAW OFFICE OF PAUL L. REIN

22                                  By: */s/ Catherine Cabalo*
23                                  CATHERINE CABALO, ESQ.
                                 Attorneys for Plaintiff
24                                  GUY JONES
25 Date:  October 8, 2014        LEWIS BRISBOIS BISGAARD & SMITH LLP

26                                  By: */s/ Shane Singh*
27                                  SHANE SINGH, ESQ.
                                 Attorneys for Defendants
28                                  BRADSHAW BAR GROUP, INC.,
                                 BRUCE D. FITE, and CHARLES FITE

STIPULATION AND [PROPOSED] ORDER TO REFER
CASE TO MAGISTRATE JUDGE FOR SETTLEMENT
CONFERENCE AND TO EXTEND TIME UNDER FRCP RULE 12(F)
CASE NO. 2:14-cv-01841-JAM-AC
C:\Users\hvine\Desktop\14cv1841.o.10914.docx

- 2 -

## **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ORDERED that this case shall be referred to Magistrate Judge Allison Claire for an early settlement conference to take place on February 5, 2015 at 9:00 a.m. Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.

Each party is directed to email to the chambers of Magistrate Judge Claire (**acorders@caed.uscourts.gov**) confidential settlement conference statements seven (7) days prior to the conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

The parties may agree, or not, to serve each other with the settlement statements.

Also for good cause shown, it is hereby ORDERED that the deadline for plaintiff to file any motion under Fed.R.Civ.P. 12(f) be extended to 30 days past the date that the parties participate in a settlement conference with Magistrate Judge Claire. The parties shall meet and confer within 7 days after the settlement conference. Defendants shall thereafter be allowed an opportunity to voluntarily amend their respective Answers prior to Plaintiff filing any Rule 12(f) motion, and any amended Answer shall be filed no later than 7 days after the parties meet and confer.

Within FOURTEEN (14) days of the date of this order, the parties shall file a stipulation to waive the disqualification of Magistrate Judge Claire to hear any discovery motions should this matter not resolve at the settlement conference.

STIPULATION AND [PROPOSED] ORDER TO REFER CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND TO EXTEND TIME UNDER FRCP RULE 12(F)
CASE NO. 2:14-cv-01841-JAM-AC
C:\Users\hvine\Desktop\14cv1841.o.10914.docx

- 3 -

IT IS SO ORDERED.

Dated:  October 9, 2014            /s/ John A. Mendez_____
                                   U.S. District Judge John A. Mendez