| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | CELIA MCGUINNESS, Esq. (SBN 159420) |
|   | CATHERINE CABALO (SBN 248198) |
| 3 | LAW OFFICES OF PAUL L. REIN |
|   | 200 Lakeside Drive, Suite A |
| 4 | Oakland, CA  94612 |
|   | Telephone:   510/832-5001 |
| 5 | Facsimile:    510/832-4787 |

Attorneys for Plaintiff
GUY JONES

SHANE SINGH, Esq. (SBN 202733)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
P.O. Box 13530
Sacramento, California 95853
Telephone:  916/564-5400
Facsimile:   916/564-5444

Attorney for Defendants
BRADSHAW BAR GROUP, INC.,
BRUCE D. FITE, and CHARLES FITE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES | CASE NO.  2:14-cv-01841-JAM-AC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO WAIVE THE DISQUALIFICATION OF MAGISTRATE JUDGE CLAIRE TO HEAR ANY DISCOVERY MOTIONS** |
| BRADSHAW BAR GROUP, INC. dba THE RINK; BRUCE D. FITE; CHARLES FITE; and DOES 1-10, Inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

<strong><u>STIPULATION</u></strong>

WHEREAS, the parties have been refereed to Magistrate Judge Claire for an early settlement conference set for February 5, 2105;

WHEREAS, even if this matter does not settle, the parties to this stipulation are

1  committed to resolving this matter in the most cost effective and expedient manner;

2        IT IS HEREBY STIPULATED that the parties waive the disqualification of

3  Magistrate Judge Claire to hear any discovery motions should this matter not resolve

4  at the February 5, 2015, settlement conference.

5

6  Date:  October 24, 2014          LAW OFFICE OF PAUL L. REIN

7

                                                      By: */s/ Catherine Cabalo*
8                                                      CATHERINE CABALO, ESQ.
                                                    Attorneys for Plaintiff
9                                                      GUY JONES

10  Date:  October 24, 2014          LEWIS BRISBOIS BISGAARD & SMITH LLP

11

                                                     By: */s/ Shane Singh*
12                                                      SHANE SINGH, ESQ.
                                                    Attorneys for Defendants
13                                                     BRADSHAW BAR GROUP, INC.,
                                                   BRUCE D. FITE, and CHARLES FITE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO WAIVE THE DISQUALIFICATION
OF MAGISTRATE JUDGE CLAIRE TO HEAR DISCOVERY MOTIONS
CASE NO. 2:14-cv-01841-JAM-AC                                                   - 2 -
C:\Users\hvine\Desktop\14cv1841.o.102414.docx

# **ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ORDERED that Magistrate Judge Claire shall not be disqualified from hearing any discovery motions regarding this matter if it does not resolve at the settlement conference.

IT IS SO ORDERED.

Dated: 10/24/2014          /s/ John A. Mendez_____
                           U.S. District Court Judge